**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In the Matter of J.W.W.

Appellate case number:      01-16-00394-CV and
                            01-16-00395-CV

Trial court case number:    2015-06714J and
                            2015-07198J

Trial court:                313th District Court of Harris County

The court reporter, Jill Bartek, has filed a second motion for an extension of time to file the reporter's record in these appeals, requesting an extension to June 12, 2016. We grant the motion. **The reporter's record is due to be filed with this Court no later than Monday, June 13, 2016.** *See* TEX. R. APP. P. 35.3(c).

**Because appellant challenges juvenile-court orders waiving the juvenile court's jurisdiction and certifying appellant to stand trial as an adult, the Court is required to bring the appeal to final disposition within 180 days of May 13, 2016, the date the notices of appeal were filed, so far as reasonably possible.** *See* **Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate Appeal, Misc. Docket 15-9156 (Tex. Aug. 28, 2015). Accordingly, no further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☒  Acting individually

Date: June 7, 2016